GENERAL G.M.C. SALES, INC., A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROGER S. PASSARELLA, CLARE PASSARELLA, AND RUSSELL PASSARELLA, DEFENDANTS-APPELLANTS.

Argued October 7, 1985—Decided October 23, 1985.

*Robert A. Goodsell* argued the cause for appellants (*Irwin, Post & Rosen,* attorneys).

*Andrew J. Wilson* argued the cause for respondent (*Laird & Wilson,* attorneys).

PER CURIAM.

Without implying any view in respect of the applicability of today's decision to residential property, we affirm the judgment of the Appellate Division substantially for the reasons set forth in Judge Botter's opinion at 195 *N.J.Super.* 614 (1984).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal* —None.